1
2
3
4
5
6
7

8
9
10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JACK BENNETT,<br><br>　　　　　　　　Defendant. | Case No.  C07-5674RBL/JKA<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　Plaintiff's application for leave to proceed *in forma pauperis* as amended (Dkt.#1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 court filing fee.  The court notes that all defendants except Jack Bennet have entered into a stipulated settlement with plaintiff, Thus, Mr. Bennett is the only remaining defendant in this action.

　　　The Clerk is directed to mail a copy of this Order to plaintiff.

　　　DATED this 31 day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　/S/ *J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1