UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

    v.

JACK BENNETT,

    Defendant.

Case No. C07-5674RBL/JKA

ORDER TO FILE A SECOND AMENDED COMPLAINT OR INFORM THE COURT IF THIS ACTION IS MOOT

    This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. All but one of the named defendants in this action entered into a stipulated settlement with plaintiff prior to the court considering this action (Dkt # 4). The only remaining defendant is Jack Bennett. Review of the amended complaint, (Dkt # 1, proposed amended complaint), reveals that plaintiff has pled no specific facts as to any action taken by this only remaining defendant.

    It may be that this action is moot as a result of the settlement, or it may be that plaintiff has an action against the only remaining defendant. From the amended complaint it is not possible for

ORDER - 1

the court to make this determination.

Plaintiff is hereby ordered to either file an amended complaint setting forth his specific allegations against the only remaining defendant or to inform the court if this action should be dismissed. Plaintiff has until **February 29, 2008** respond to this order. If the amended complaint fails to state a claim or there is no response the court will enter a Report and Recommendation that this action be dismissed.

The clerk's office is directed to send a copy of this order to plaintiff.

DATED this 31 day of January, 2008.

>                /S/ *J. Kelley Arnold*
>                J. Kelley Arnold
>                United States Magistrate

ORDER - 2