UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

JACK BENNETT,

    Defendant.

Case No. C07-5674RBL/JKA

ORDER TO PROVIDE SERVICE DOCUMENTS

    This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Plaintiff has provided an acceptable amended complaint regarding defendant Bennett.  Plaintiff has not provided a service copy of the amended complaint or a filled out United States Marshal's service form for defendant Bennett.

    Plaintiff is ordered to provide service documents within thirty days of this order so the court can attempt service by Mail on this defendant.  If the service documents are not provide within thirty days the court will recommend dismissal of this action for failure to prosecute.

    The clerk's office is directed to send a copy of this order to plaintiff.

    DATED this 15 day of February, 2008.

                                            */S/ J. Kelley Arnold*
                                            J. Kelley Arnold
                                            United States Magistrate

ORDER - 1