UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN MARKS,

        Plaintiff,

    v.

JACK BENNETT,

        Defendant.

Case No. C07-5674RBL/JKA

ORDER UNSEALING AND DENYING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE A RESPONSE

      This 42 U.S.C. § 1983 Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Mr. Marks now litigates under sanctions as a result of improper filings. As part of those sanctions, documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed one document since entry of the last order (Dkt. # 29). **Dkt. # 29 is now unsealed**.

      Mr. Marks filed a request to have the court once again postpone consideration of a dispositive motion that was filed in May of this year (Dkt. # 17). Defendant Bennet filed a motion to dismiss this action May 12, 2008 (Dkt # 17). Plaintiff timely opposed the motion and submitted documents outside the pleadings. (Dkt. # 19 and 21). The court was forced to convert the motion to a motion for summary judgment (Dkt # 24). The court set a briefing schedule. Defendant

ORDER - 1

1  Bennett complied with that schedule (Dkt. # 26). Plaintiff now asks for a three week extension of
2  time so he can allegedly obtain documents from the United States Supreme Court. Defendant
3  Bennett argues in the original motion to dismiss that plaintiff's claims are moot because of transfer
4  and because Mr. Bennett is not longer the officer in charge. Defendants also question if an action for
5  injunctive relief can be maintained under Bivens (Dkt # 17). These are legal arguments that do not
6  require documents from any court.

7  In the additional briefing defendant argues plaintiff may not maintain this action because he
8  was not denied access to his paper work, only told to specify what documents he wanted (Dkt. #
9  26). This argument is supported by the documents placed before the court by plaintiff (Dkt # 19).
10  Again, a response does not require any document from any court. The motion for an extension of
11  time is **DENIED.**

12  Defendant Bennett's motion to dismiss is now ripe for consideration. The motion will be
13  addressed in a separate Report and Recommendation.

14  The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for
15  defendant(s).

17  DATED this 13 day of August, 2008.

18  　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. Kelley Arnold
19  　　　　　　　　　　　　　　　　　　United States Magistrate Judge

28  ORDER - 2