# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

JACK BENNETT,

    Defendant.

Case No. C07-5674RBL/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation [Dkt. #33], and the remaining record, does hereby find and ORDER:

(1) The Court will not consider Plaintiff's Supplemental Briefing [Dkt. #30] because it was received after his requests for extensions of time were denied and because it violates CR 10(e), Local Rules W.D. Wash.

(2) The Court adopts the Report and Recommendation;

(3) Defendant's motion for summary judgment is **GRANTED.** The dismissal will be **WITH PREJUDICE**.

(4) Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 11th day of September, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1