# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

JACK BENNETT

CASE NUMBER: C07-5674RBL/JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court will not consider Plaintiff's Supplemental Briefing [Dkt. #30] because it was received after his requests for extensions of time were denied and because it violates CR 10(e), Local Rules W.D. Wash.

The Court adopts the Report and Recommendation; and

Defendant's motion for summary judgment is **GRANTED**. The dismissal will be **WITH PREJUDICE**.

September 16, 2008             BRUCE RIFKIN
                                                   Clerk

                                                   *s/CM Gonzalez*
                                                   Deputy Clerk